6:23-cv-00156

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
800 FRANKLIN AVENUE, Room 380
WACO, TEXAS 76701

IN RE. RONNY G. SMITH
"TDCJ" 1722493
U.S.D.C. NO.

**FILED**
February 24, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ CV _____
DEPUTY

#1722493
Mr. RONNY GENE SMITH
JAMES V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK, TX., 76367

NO. 22-50814

February 21, 2023

MOTION FOR ASSIGNMENT OF UNITED STATE
MAGISTRATE JUDGE...
pursuant To: Federal Rule of Criminal Procedure
Rule 1, Under 28 U.S.C. § 636(a); pretrial matters-
28 U.S.C. § 636(b)(1)(A); For Evidentiary Hearing.

Pro Se. MOVANT SMITH, Move; the court for authorization for U.S. magistrate judge of this court to perform the duties prescribed by 28 U.S.C. § 636(a); and may exercise all the powers and duties conferred or imposed upon the "United States Commissioner by law and Federal rules of Criminal Procedure.

It is necessary for "Effective discovery or hearing on the sentencing of the misdemeanor marij charge in which appointed counsel Scott H. Wilkerson failed to appear on are about April 5, 2011...Bond reduction hearing...sentenced without counsel present, and the denial of [A]ll motions for Appointment of counsels' to assist him or engage to advise or represent him in legal matters (as negotiations or drafting of documents). The denials of appointed counsel on "Criminal Cases"; is unreasonable and prejudicial the effect [impaired], movant's rights to fair trial and fair representation, violated Due Process - amend. VI; XIV...

Movant Smith, further request "appointment of counsel for [aid] by ORDER of the Court, pertaining to movant's lack of legal training and education, is necessary to ensure adequate presentation of movant's case and is the best interest of Justice.
See., Slavin V. Curry, 690 F.2d [5th Cir. 1982].

Respectfully Submitted,
RONNY GENE SMITH,
Ronny G. Smith  Pro Se.
MOVANT.

JAMES V. ALLRED - 2101 FM 369 N.
IOWA PARK, TX. 76367

The court have held that the literal language of § 2255 precludes any possible time bar to a motion brought under it, further the Government has "Not," been prejudice in its ability to respond to the motion. His case is a [Public interest] concern and the general welfare and rights of the public that are to be recognized, protected of rights; esp., that arises from a Constitution, as the U.S. Constitution. "Such a right "considered as an issue or claim or involving a particular situation as now!

Are, give reasons for explanation why the 'courts have denied the appointment of counsel for twelve (12) years - knowing that movant qualify.

As, Pro Se. Movant Smith - Recommend:
Request an ORDER from the Court for fair play and substantial justice to avoid a Violation of the movant's rights to "due process, fair Representation in Good Faith, without unfairly discrimination.

Request for ORDER TO Appoint Counsel.

Universal Declaration of Human Rights:
<u>under Article 8.</u> Everyone has the right to an effective remedy by competent national tribunals for acts violating the fundamental rights granted him by the "constitution or by law.

"No, person will be deprived of his rights in the absence of a proceeding in which he may present his case. See. Marshall V. Jerrico. inc. 446 U.S. 238 (1980).

James V. Allred. 2101 Fm 369 N.
Iowa Park, TX. 76367

Thank you.

Sincerly,
RONNY GENE SMITH,
Ronny Smith
#1722493
Pro Se. Movant.

Accordingly, Rules governing section 2255 proceedings, Rule 5. The answer and the reply, when required, the "Respondent" is not required to answer the motion unless a judge so Order.

Applying case law or common law is the law made by this court, his cases becomes part of the body of law and can be consulted in later cases involving similar problems. Judges are directed to look for guidance to the decision in a prior case see., U.S. v. Cronic cite as 104 s.ct., 2039 (1984); the case has similar facts.

It is necessary for the Judge to "Appoint an attorney for movant because he qualifies to have Counsel appointed under": 18 U.S.C. § 3006A.,

Movant, has provided reasons for the request and also include proposed interrogatories and request for "admission and specify requested documents [Pending];

Defendants have no defense in producing discovery or facts in movant's pleadings.

## CERTIFICATE OF SERVICE

I, do hereby certify that a True and Correct Copy of the above and forgoing MOTION for Leave of Court authorizing Magistrate Judge under Federal Rules of Criminal procedure, has been served by placing in the United State mail, postage prepaid, on this the 21 day of February 2023.
TO: /S/ BOBBY Lumpkin. Atty. Gen.
Criminal Appeals Division
P.O. BOX 12548 - AUSTIN, TX. 78711-2548

JAMES V. ALLRED. 2101 FM 369 N.
IOWA PARK, TX, 76367

Tommy H. Smith
signature of MOVANT/PRO SE.
# 1722493

NAME: SMITH, RONNY GENE
TDC# 1722493
2101 FM 369 N
IOWA PARK, TEXAS 76367

LEGAL MAIL

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
800 FRANKLIN AVENUE, ROOM 380
WACO, TEXAS 76701

RECEIVED
FEB 24 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY CLERK

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION