# United States Court of Appeals
# for the Fifth Circuit

No. 23-50231

United States Court of Appeals
Fifth Circuit
**FILED**
May 17, 2023
Lyle W. Cayce
Clerk

Ronny Gene Smith,

*Petitioner—Appellant*,

versus

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:23-CV-156

_____

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of May 17, 2023, pursuant to appellant's motion.

Lyle W. Cayce
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Monica R. Washington, *Deputy Clerk*

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued May 17, 2023**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

May 17, 2023

Mr. Philip Devlin
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

      No. 23-50231   Smith v. Lumpkin
                       USDC No. 6:23-CV-156

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705

cc:  Mr. Edward Larry Marshall
      Mr. Ronny Gene Smith